IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES L. JOHNSON,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-455-bbc

    This action came for consideration before the court with District Judge BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff United States of America against defendant James L. Johnson in the principal amount of $2,500 plus interest of $1,525.86 as of January 29, 2008, with interest to accrue to date of judgment at the rate of 5% per annum, and in the principal amount of $43,074.82 plus interest of $45,041.86 as of January 29, 2008 and interest thereafter to date of judgment at the rate of 9% per annum, plus costs.

_____
Peter Oppeneer, Clerk of Court

JUN 0 1 2009
_____
Date